## SCHNEIDER v. THE STATE.

APPEAL from the *Decatur* Court of Common Pleas.

*Per Curiam.*—The information in this case should have been quashed. It does not negative the exceptions in the statute. It is like the case of *Lemon* v. *The State*, 4 Ind. R. 603.

The judgment is reversed. Cause remanded to be dismissed without costs.

*J. Gavin* and *J. R. Coverdill*, for the appellant.
*D. C. Chipman*, for the State.